**Order entered July 2, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00306-CV

## TYVON C. SMITH, ET AL., Appellants

## V.

## YELLOWFIN LOAN SERVICING CORP., AS SUCCESSOR IN INTEREST TO HOMETRUST MORTGAGE COMPANY, Appellee

**On Appeal from the Co Civil Ct at Law No 2**
**Harris County, Texas**
**Trial Court Cause No. 1156795**

## ORDER

Before the Court is appellee's June 30, 2021 amended motion for an extension of time to file its brief on the merits "until at least Thursday, July 22, 2021." Because appellee's brief is currently due on July 22, 2021, we **DENY** the motion as moot.

/s/    KEN MOLBERG
JUSTICE